UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE WILLIAMS,

    Plaintiff,

    v.

PERALTA COMMUNITY COLLEGE,

    Defendant.

_____/

No. C 05-3158 PJH

**NOTICE AND ORDER**

On October 24, 2005, the court received a document filed by plaintiff entitled "Notice to the Court," wherein plaintiff states her unavailability to attend any court appointments due to medical reasons. The document was not accompanied by a certificate of service on counsel for defendant Peralta Community College.

On October 25, 2005, the court received defendant's Notice of Motion and Motion to Dismiss Plaintiff's Amended Complaint, setting forth a hearing date on the motion of November 30, 2005.

However, as plaintiff disclosed in the above-referenced "Notice to the Court," she is unavailable for hearing until January 2006. Accordingly, the court hereby re-schedules defendant's Motion to Dismiss Plaintiff's Amended Complaint, and sets the date for the hearing on the motion for January 25, 2006, at 9:00 a.m.

In accordance with Civil Local Rule 7-3, the briefing schedule on defendant's motion is set as follows:

1.     Plaintiff's opposition to defendant's motion shall be filed with the court no later than January 4, 2006.

2. Defendant's reply in support of its motion shall be filed with the court no later than January 11, 2006.

The court further advises plaintiff that documents filed with the court are required to show proof of service of the document on all other parties in the case. <u>See</u> Civ. L.R. 5-6. Accordingly, plaintiff is directed to provide counsel for defendant with a copy of the above-referenced "Notice to the Court" within 5 days of the date of this order.

**IT IS SO ORDERED.**

Dated: October 31, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

Copies mailed to counsel of record

2